IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| POL CAMACHO LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:21-CV-01118-EFM-GEB |
| | ) | |
| BEV-HUB, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER OF DISMISSAL

COME NOW the Plaintiff, Pol Camacho Lopez, and the Defendant, Bev-Hub, L.L.C., by and through the undersigned counsel of record, and hereby stipulate that this action should be dismissed with prejudice, with the parties bearing their own costs.

WHEREUPON the Court, upon being duly advised in the premises, accepts the parties' stipulation, and concludes that this action should be dismissed in accordance with the stipulation.

IT IS THEREFORE ORDERED that this action should be and is hereby dismissed with prejudice, and that the parties shall bear their own costs.

Dated this 16th day of July, 2021.

Eric F. Melgren, District Judge

STIPULATED AND APPROVED:

FLEESON, GOING, COULSON & KITCH LLC

By: */s/ David G. Seely*

      David G. Seely, #11397
      301 N. Main, Suite 1900
      Wichita, Kansas 67202
      T: 316-267-7361
      F: 316-267-1754
      E: dseely@fleeson.com
      *Attorneys for Defendant*

GALDEAN, L.L.C.

By: */s/ Trinidad Galdean*

      Trinidad Galdean, #22973
      P.O. Box 780076
      Wichita, KS 67278
      T: 316-252-1232
      F: 316-462-0987
      E: trinidad@galdean.com
      *Attorneys for Plaintiff*